UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ANITA WAXMAN,

          Plaintiff,

-against-

THOMAS PUCCIO,

          Defendant.

------------------------------------------------------------X

Case No. 05 CV 10503(KMK)

AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                              )SS.:
COUNTY OF NEW YORK )

       YEN LUU, being duly sworn, deposes and says that she is not a party to this action, is over 18 years of age and that she resides in Kings County, New York.

       On April 21, 2006, I served true copies of the annexed AMENDED COMPLAINT, by facsimile and regular mail, placing in a sealed envelope, to the last known addresses of the addressee(s) as indicated below:

Paul Kovner, Esq.
Rubin, Fiorella & Friedman LLP
Attorneys for Defendant
292 Madison Avenue
New York, NY 10017
Tel. 212-953-2381
Fax 212-953-2462

_____
YEN LUU

Sworn to before me on this
21st day of April, 2006

_____
NOTARY PUBLIC

ADRIENNE WARDEN
Notary Public, State of New York
No. 01WA6027786
Qualified in New York County
Commission Expires 7/12/2007