UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOC #: _____
DATE FILED: 6/15/06

Anita Waxman,

           Plaintiff,

-v-

Thomas Puccio

           Defendant.

Case No. 05-cv-10503 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

    The above-entitled action having been assigned to the undersigned for all purposes, it is hereby

    ORDERED, that the status conference scheduled for July 12, 2006 at 10:15am is hereby cancelled.

Dated: June 13, 2006
       New York, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE