UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



Anita Waxman,

                **Plaintiff,**

-v-

Thomas Puccio,

                **Defendants.**

Case No.05-cv-10503(KMK)

<u>ORDER</u>

<u>KENNETH M. KARAS, District Judge:</u>

On June 9, 2006, this Court entered a scheduling order in this case which has been entered on the Court's docket sheet as document #7. In the June 9, 2006 order, the parties were directed to electronically file the motion, opposition and reply papers only when the entire motion has been fully briefed. Courtesy copies were to be served upon opposing parties and the Court by the specified dates entered in the order.

On August 21, 2006, the Plaintiff electronically filed her memorandum of law in opposition to a motion that has not been filed. This document is entered as document # 9 and the Clerk is directed to reject these papers for failure to comply with the Court's order dated June 9, 2006.

The parties are reminded that this is an ECF case and that all parties are to file electronic notices of appearance with the Court.

SO ORDERED.

Dated:     August 22, 2006
                New York, New York

                                                  KENNETH M. KARAS
                                                  UNITED STATES DISTRICT JUDGE