UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
ANITA WAXMAN,

                Plaintiff,

- against -

THOMAS PUCCIO,

                Defendant.

2005 CV 10503 (KMK)

**NOTICE OF MOTION TO DISMISS**

     **PLEASE TAKE NOTICE** that upon the Affirmation of Paul Kovner, Esq., dated July 17, 2006 and the Memorandum of Law, Defendant, Thomas Puccio, moves this Court, before the Honorable Kenneth M. Karras of the United States District Court for the Southern District of New York, United States Courthouse, 500 Pearl Street, New York, New York, at a date and time designated by the Court, for an Order dismissing the Amended Complaint, in the alternative staying the action, and compelling arbitration pursuant to the Federal Arbitration Act.

Dated: New York, New York
       July 17, 2006

                      Yours, etc.,

                      RUBIN, FIORELLA & FRIEDMAN LLP

                      By: _____
                      Paul Kovner (PK-7448)
                      Attorneys for Defendant
                      THOMAS PUCCIO
                      292 Park Avenue, 11th Floor
                      New York, New York 10017
                      (212) 953-2381

TO:   Howard Benjamin, Esq.
      BENJAMIN, BRODMAN & ASSOCIATES, P.C.
      Attorneys for Plaintiff
      800 Third Avenue
      New York, New York 10022
      (212) 832-3006