UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

ANITA WAXMAN,

                Plaintiff,

    -against-

THOMAS PUCCIO,

               Defendant.

------------------------------------------------------------x

**NOTICE OF CHANGE OF ADDRESS**

    PLEASE TAKE NOTICE, that effective September 6, 2006, the undersigned will be maintaining law offices at:

    260 Madison Avenue
    19th Floor
    New York, New York 10016-2404
    [Tel:] 212-832-3006
    [Fax:] 212-829-1518

Service of papers by facsimile transmission is not authorized.

Dated: New York, New York
        September 27, 2006

                                Yours, etc.

To: Paul Kovner, Esq.
    Rubin, Fiorella & Friedman LLP
    Attorneys for Defendant
    292 Madison Avenue
    New York, NY 10017
    Tel. 212-953-2381

Law Offices of Howard Benjamin

By: _____
    Howard Benjamin, Esq.
Attorney for Plaintiff
Anita Waxman
260 Madison Avenue, 19th Fl.
New York, New York 10016
[Tel:] 212-832-3006

## AFFIDAVIT OF SERVICE BY FIRST CLASS MAIL

STATE OF NEW YORK )
: ss.:
COUNTY OF NEW YORK )

**Yen Luu,** being duly sworn, deposes and says,

That deponent is not a party to the action, is over 18 years of age and resides in Kings, New York.

That on September 27, 2006 deponent served by mail the attached NOTICE upon:

Paul Kovner, Esq.
Rubin, Fiorella & Friedman LLP
Attorneys for Defendant
292 Madison Avenue
New York, NY 10017
Tel. 212-953-2381

via First Class Regular Mail and by depositing same enclosed in postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

Yen Luu

Sworn to before me this
27th day of September, 2006

NOTARY PUBLIC

OSMAN DENNIS
NOTARY PUBLIC-STATE OF NEW YORK
QUALIFIED IN QUEENS COUNTY
NO. 02DE6006103
COMMISSION EXPIRES JUNE 1, 2010