UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANITA WAXMAN,

                Plaintiff,

-against-

THOMAS PUCCIO,

                Defendant.

Docket No.: 05 CV 10503 (KMK)

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE**, that the undersigned hereby appears as the attorney for the defendant in this action.

Dated: New York, New York
       October 3, 2006

By:   Paul Kovner, Esq. (PK-7448)
       Rubin, Fiorella & Friedman, LLP
       Attorneys for Defendant
       Thomas Puccio
       292 Madison Avenue
       New York, New York 10017