Ronald P. Mysliwiec (RM-8926)
MYSLIWIEC & HAMMER, LLP
Suite 1101
110 Greene Street
New York, New York 10012
(212) 219-4000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
ANITA WAXMAN,

      Plaintiff,  :  **05 CV 10503 (KMK)**

  -against-      :  <u>SUBSTITUTION OF</u>
                <u>COUNSEL FOR</u>
            :  <u>PLAINTIFF</u>
THOMAS PUCCIO,
            :
      Defendants.
            :
- - - - - - - - - - - - - - - - - -x

  **PLEASE TAKE NOTICE**, that Mysliwiec & Hammer, LLP, 110 Greene Street, Ste. 1101, New York, New York 10012, is hereby substituted as attorney of record for plaintiff Anita Waxman in the above action in the place and instead of the Law Offices of Howard Benjamin as of the date hereof. All future notices, pleadings, orders and other papers should be served on Mysliwiec & Hammer, LLP as counsel for plaintiff.

Dated: New York, New York
     December 7, 2007

              MYSLIWIEC & HAMMER, LLP

            By_____
              Ronald P. Mysliwiec (RM-8926)

-1-

        110 Greene Street, Suite 1101
        New York, New York 10012
        (212) 219-4000

LAW OFFICES OF HOWARD BENJAMIN

By _____
      Howard Benjamin (HB-4723)
270 Madison Avenue
New York, New York 10016
(212) 832-3006

ANITA WAXMAN

By _____
      Anita Waxman
274 Indian Mountain Road
Lakeview, Connecticut 06039

TO: Paul Kovner, Esq.
    Rubin, Fiorella & Friedman LLP
    Attorneys for defendant
    292 Madison Avenue
    New York, NY 10017
    (212) 953-2381