LAW OFFICES OF
RONALD P. MYSLIWIEC (RM-8926)
22nd Floor
1740 Broadway
New York, New York 10019
(212) 245-2202

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

ANITA WAXMAN,                              :
                                           :     **05 Civ. 10503 (KMK)**
              Plaintiff,                   :
                                           :     **NOTICE OF CHANGE OF**
                                           :         **ADDRESS**
       -against-                           :
                                           :
                                           :
THOMAS PUCCIO,                             :
                                           :
              Defendants.                  :
- - - - - - - - - - - - - - - - - -x

    PLEASE TAKE NOTICE that Ronald P. Mysliwiec, Esq. (RM-8926), counsel for plaintiff Mark Berman in this action, has moved his office to the following address:

                The Law Offices of Ronald P. Mysliwiec
                1740 Broadway, 22nd Floor
                New York, New York 10019
                (212) 245-2202
                (212) 245-8683 (facsimile)

    Mr. Mysliwiec's email address has been updated in the ECF system.

-2-

Dated:   New York, New York
         January 11, 2008

                               LAW OFFICES OF RONALD P. MYSLIWIEC

                               Ronald P. Mysliwiec (RM-8926)
                               1740 Broadway, 22nd Floor
                               New York, New York 10019
                               (212) 245-2202
                               Attorneys for Plaintiff
                               Anita Waxman