LAW OFFICES OF
RONALD P. MYSLIWIEC (RM-8926)
22nd Floor
1740 Broadway
New York, New York 10019
(212) 245-2202

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

| | |
|---|---|
| ANITA WAXMAN, : | **05 Civ. 10503 (KMK)** |
| Plaintiff, : | |
| : | **NOTICE OF CHANGE OF ADDRESS** |
| -against- : | |
| : | |
| THOMAS PUCCIO, : | |
| Defendants. : | |

- - - - - - - - - - - - - - - - - -x

PLEASE TAKE NOTICE that Ronald P. Mysliwiec, Esq. (RM-8926), counsel for plaintiff Anita Waxman in this action, has moved his office to the following address:

> The Law Offices of Ronald P. Mysliwiec
> 1740 Broadway, 22nd Floor
> New York, New York 10019
> (212) 245-2202
> (212) 245-8683 (facsimile)

Mr. Mysliwiec's email address has been updated in the ECF system.

-2-

Dated:   New York, New York
         January 11, 2008

                            LAW OFFICES OF RONALD P. MYSLIWIEC

                            Ronald P. Mysliwiec (RM-8926)
                            1740 Broadway, 22nd Floor
                            New York, New York 10019
                            (212) 245-2202
                            Attorneys for Plaintiff
                            Anita Waxman