```
┌─────────────────────────────────┐
│ USDS SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #: _____         │
│ DATE FILED: _____         │
└─────────────────────────────────┘
```

Ronald P. Mysliwiec (RM-8926)
MYSLIWIEC & HAMMER, LLP
Suite 1101
110 Greene Street
New York, New York 10012
(212) 219-4000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x
ANITA WAXMAN,

                    Plaintiff,          :          05 CV 10503 (KMK)

                                         :

          -against-                      :          **SUBSTITUTION OF
                                                    COUNSEL FOR
                                         :          PLAINTIFF**

THOMAS PUCCIO,

                    Defendants.          :

                                         :
- - - - - - - - - - - - - - - - - - - -x


     **PLEASE TAKE NOTICE**, that Mysliwiec & Hammer, LLP, 110

Greene Street, Ste. 1101, New York, New York 10012, is hereby

substituted as attorney of record for plaintiff Anita Waxman in

the above action in the place and instead of the Law Offices of

Howard Benjamin as of the date hereof.  All future notices,

pleadings, orders and other papers should be served on

Mysliwiec & Hammer, LLP as counsel for plaintiff.

Dated:    New York, New York
          December 7, 2007


                              MYSLIWIEC & HAMMER, LLP


                              By_____
                                 Ronald P. Mysliwiec (RM-8926)

-1-

-2-

110 Greene Street, Suite 1101
New York, New York 10012
(212) 219-4000

LAW OFFICES OF HOWARD BENJAMIN

By _____
    Howard Benjamin  (HB-4723)
270 Madison Avenue
New York, New York 10016
(212) 832-3006


ANITA WAXMAN

By _____
    Anita Waxman
274 Indian Mountain Road
Lakeview, Connecticut 06039

TO:  Paul Kovner, Esq.
    Rubin, Fiorella & Friedman LLP
    Attorneys for defendant
    292 Madison Avenue
    New York, NY  10017
    (212) 953-2381

SO ORDERED

_____
KENNETH M. KARAS U.S.D.J.
1/19/08