UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7\9\08

**Anita Waxman,**

             **Plaintiff,**

-v-

**Thomas Puccio**

             **Defendant.**

Case No.05-cv-10503 (RJS)

ORDER

<u>RICHARD J. SULLIVAN</u>, District Judge:

      The above-entitled action having been re-assigned to the undersigned for all purposes, it is hereby

      ORDERED, that this case be transferred to the Suspense Docket of this Court with leave to either party to apply on five (5) days's notice for its restoration to the active calendar of this court.

      It is further ORDERED that the parties submit a joint status letter setting forth the status of the arbitration by October 3, 2008.

      So Ordered,

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE

Dated: July 9, 2008
       New York, New York